

FILED

JUL - 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-15-37-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RESETTING SENTENCING** |
| NICHOLAS ELLIS ALLISON, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the sentencing hearing currently set for Thursday, July 6, 2017, at 9:30 a.m. is **VACATED** and **RESET** for **Thursday, July 6, 2017 at 3:30 p.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this order.

DATED this 5th day of June, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1